THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JEFFREY A. BACKHUS (CSB #200177)
Assistant United States Attorney
Violent & Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4267
    Facsimile: (213) 894-3713
    E-mail:  jeffrey.backhus@usdoj.gov

cc: PSA - LA

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS GEORGE CARTER III<br><br>    Defendants. | CR No. 2:08-cr-00029-FMC-1<br><br>**ORDER ADOPTING FINDINGS AND TO CONTINUE TRIAL DATE AND EXCLUDABLE TIME UNDER THE SPEEDY TRIAL ACT FOR DEFENDANT THOMAS GEORGE CARTER III**<br><br>~~Prop~~. New Trial Date: 7/1/08<br>Trial Time: 9:00 a.m. |

    The Court accepts the representations set forth in the Stipulation to Continue the Trial Date [30] for defendant THOMAS GEORGE CARTER III, and adopts the findings set forth therein. The Court hereby finds excludable time pursuant to Title 18, United States Code, Section 3161(h).

    Trial is hereby set for **July 1, 2008 at 9:00 a.m.**

    IT IS SO ORDERED.

_Florence-Marie Cooper_
_____
HONORABLE FLORENCE MARIE COOPER
UNITED STATES DISTRICT JUDGE