```
              FILED
        CLERK, U.S. DISTRICT COURT

            APR - 3 2012

        CENTRAL DISTRICT OF CALIFORNIA
        BY              /s/        DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 2:08-029-ABC |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release |
| v. | |
| THOMAS GEORGE CARTER III, | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ( x )  the appearance of defendant as required; and/or

    (B)  ( x )  the safety of any person or the community.

//

//

The court concludes:

A.  (✓)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_He will not violate further laws._
_He has suffered new criminal_
_allegations._

(B)  (✓)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_He will comply with any conditions_
_of release. Defendant provided no_
_background information_

IT IS ORDERED that defendant be detained.

DATED:  April 3, 2012

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

2